LF 8003 (9/12)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:                                         )
                                               )   Case No. 17-02025-FPC9
Kennewick Public Hospital District             )
                                               )   **TRANSMITTAL OF LEAVE TO APPEAL**
                                               )
                        Debtor(s)              )   4:17-CV-5169-SAB

TO:
    CLERK OF THE U.S. DISTRICT COURT, EASTERN DISTRICT OF WASHINGTON
    PO BOX 1493, SPOKANE, WA 99210-1493


Case Name: Kennewick Public Hospital District
Bankruptcy Case No.: 17-02025-FPC9
Bankruptcy Judge: Frederick P. Corbit
Date Main Case Filed: 06/30/2017
Date Motion for Leave to Appeal Filed: 10/16/2017 (Docket #350)
Date Notice of Appeal Filed (if any): 10/16/2017 (Docket #349)
Answers Filed: None
Entry Date of Order Appealed: 10/05/2017 (Docket #319)

From:
Clerk, United States Bankruptcy Court
Eastern District of Washington
District No 0980, Office No. 2
PO Box 2164
Spokane, WA 99210-2164


Dated: October 17, 2017

                                                      Clerk, U.S. Bankruptcy Court

                                                      by: /s/ Kerrie Masters
                                                      Deputy Clerk

LEAVE TO APPEAL TRANSMITTAL - 1